UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIR REZA OVEISSI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 11-cv-849 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiff Amir Reza Oveissi and against defendants Islamic Republic of Iran and Iranian Ministry of Information and Security; it is furthermore

ORDERED that the $7,500,000 in compensatory solatium awarded to plaintiff in 2011 is hereby confirmed as an award under 28 U.S.C. § 1605A; it is furthermore

ORDERED that plaintiff is awarded $300,000,000 in punitive damages; it is furthermore

ORDERED that defendants Islamic Republic of Iran and The Iranian Ministry of Information and Security shall be liable, jointly and severally, for the entire $307,500,000 amount; it is furthermore

ORDERED that plaintiff's requests for prejudgment interest and for reasonably foreseeable property loss are DENIED; it is furthermore

ORDERED that plaintiff shall forthwith, at his own cost and consistent with the

2

requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 25, 2012.