UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIR REZA OVEISSI,<br><br>Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,<br><br>Defendants. | Case No. 11-cv-849 (RCL) |

### [~~PROPOSED~~] ORDER GRANTING MOTION FOR ORDER PERMITTING ATTACHMENTS IN AID OF EXECUTION OF JUDGMENT AND EXECUTION OF JUDGMENT

Before this Court is plaintiff Amir Reza Oveissi's ("plaintiff" or "Mr. Oveissi") Motion for Entry of an Order pursuant to 28 U.S.C. § 1610(c) with regard to the judgment entered in this case against defendants Islamic Republic of Iran and The Iranian Ministry of Information and Security (collectively "defendants") on July 25, 2012 [ECF Nos. 15 & 16]. The Court will GRANT that motion.

Subsection 1610(c) of Title 28 of the U.S. Code provides that "[n]o attachment or execution referred to in subsections (a) and (b) of this section shall be permitted until the court has ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required under section 1608(e) of this chapter." 28 U.S.C. § 1610(c). This Court entered final judgment in favor of plaintiff on July 25, 2012 [ECF Nos. 15 & 16], and post-judgment service was

effectuated on defendants pursuant to 28 U.S.C. § 1608(e) on February 24, 2014. [ECF Nos. 26 & 26-1]. This Court finds that a reasonable period of time has passed sufficient for entry of an order pursuant to § 1610(c). *See, e.g., Ned Chartering & Trading, Inc. v. Republic of Pak.*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (collecting cases to conclude "that other courts have found periods such as two or three months sufficient to satisfy section 1610(c)'s requirements" and separately determining that six weeks was acceptable).

Accordingly, it is hereby

**ORDERED** that plaintiff's Motion for an Entry of an Order pursuant to 28 U.S.C. § 1610(c) is GRANTED; it is further

**ORDERED** that a reasonable period of time has elapsed following the entry of the July 25, 2012 Judgment and the giving of notice of such Judgment under 28 U.S.C. § 1608(e), which occurred on February 24, 2014; it is furthermore

**ORDERED** that plaintiff, now a judgment creditor, is authorized to pursue attachments in aid of execution of the July 25, 2012 Judgment as permitted by 28 U.S.C. § 1610.

**SO ORDERED.**

Dated: 6/11/14

*/s/ Royce C. Lamberth*
Honorable Royce C. Lamberth
United States Senior Judge